**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-2005**

_____

TERRY H. CAPONE,

             Plaintiff - Appellant,

        v.

CITY OF COLUMBIA,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:12-cv-03369-CMC)

_____

Submitted:  March 10, 2020                            Decided:  March 12, 2020

_____

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Terry H. Capone, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry H. Capone appeals the district court's order denying his motions for relief from judgment pursuant to Fed. R. Civ. P. 60(b), (d)(3). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Capone v. City of Columbia*, No. 3:12-cv-03369-CMC (D.S.C. Sept. 3, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*